PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| vs. | ) Docket Number: 1:06CR00031-01 |
| **MYRTLE DEEANA JONES** | ) |

On June 26, 2006, the above-named was placed on Probation for a period of 3 years. On December 7, 2006, this office was notified by the Certificate of Death issued by the Kern County Recorder that the probationer was confirmed dead by Vicki Fennell, Deputy Coroner on October 10, 2006 (attached is a copy of the notification). It is accordingly recommended that this case be closed.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS
United States Probation Officer**

Dated:    December 8, 2006
          Bakersfield, California
          RCW:dk

                        /s/ Rick C. Louviere
**REVIEWED BY:**    _____
                    **RICK C. LOUVIERE
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35A) DEATH.MRG

**Re:   Myrtle Deeana JONES**
      **Docket Number:   1:06CR00031-01**
      **ORDER TERMINATING TERM OF PROBATION**
      **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

## ORDER OF COURT

It is ordered that the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

**Dated:   December 14, 2006**          /s/ Oliver W. Wanger
emm0d6                         UNITED STATES DISTRICT JUDGE